# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>*Plaintiff,*<br><br>v.<br><br>**DANNELL L. SAMPSON** | §<br>§<br>§   **CASE NO. 6:23-CR-127-ADA**<br>§<br>§<br>§<br>§<br>§<br>§ |

## ORDER ADOPTING MAGISTRATE
## JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation of United States Derek Gilliland (ECF No. 20). The report recommends that the defendant's supervised release be CONTINUED with additional conditions. The report was filed on April 2, 2025.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). As of today, neither party has filed objections. Defendant has waived his rights to 14 days to object to the report and recommendation. ECF No. 19.

When no objections are timely filed, a district court reviews the magistrate judge's report and recommendation for clear error. *See* Fed. R. Civ. P. 72 Advisory Committee's Note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). The Court has reviewed the report and recommendation and finds no clear error.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Gilliland (ECF No. 20) is **ADOPTED**.

**IT IS FURTHER ORDERED** that the defendant's supervised release be **CONTINUED** with the additional conditions that he abstain from alcohol and from patronizing businesses that serve alcohol and that the Court will impose the following search condition: that the defendant submit his person, house, residence, vehicle, papers, computers (as defined in 18 U.S.C. § 1030(e)(1)), other electronic communications or date storage devices or media, or office, to a search conducted by a United States probation officer. Failure to submit to a search may be grounds for revocation or release. The defendant shall warn any other occupants that the premises may be subject to searches pursuant to this condition. The probation officer may conduct a search under this condition only when reasonable suspicion exists that the defendant has violated a condition of supervision and that the areas to be searched contain evidence of this violation. Any search shall be conducted at a reasonable time and in a reasonable manner**.**

**SIGNED** this 3rd day of April, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE